UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ALICIA SALAZAR, | NO. CIV. 2:11-495 WBS GGH |
| Plaintiff, | ORDER OF RECUSAL |
| v. | |
| UNION FIDELITY INSURANCE COMPANY, WELLS FARGO, EMPLOYERS REASSURANCE CORPORATION; GENERAL ELECTRIC COMPANY, and DOES 1 through 150, inclusive, | |
| Defendants. | |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in General Electric Company.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases

1

1 | to compensate for such reassignment.  All dates pending before
2 | the undersigned are hereby vacated.
3 | DATED: February 24, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE