IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALICIA SALAZAR,

    Plaintiff,                                   No. CIV S-11-0495 KJM-GGH

    vs.

UNION FIDELITY INSURANCE CO., et al.,

    Defendants.                               ORDER

/

          This matter comes before the court upon defendants' motion to dismiss, filed on February 28, 2011.  (ECF 7.)  Plaintiff has not filed and served an opposition or statement of non-opposition at least fourteen days preceding the hearing date of April 6, 2011 as required by Local Rule 230(c).  Plaintiff is hereby ORDERED, within two weeks of the entry of this order, to file and serve an opposition or statement of non-opposition and to show cause why sanctions should not be imposed against her or her counsel for failure to comply with Local Rule 230(c).

          The hearing on defendants' motion to dismiss set for April 6, 2011 is hereby RESET to April 27, 2011.  Defendants' request for telephonic appearance is DENIED as moot. (ECF 9.)

          IT IS SO ORDERED.

DATED: March 31, 2011.

                                                                   UNITED STATES DISTRICT JUDGE