James P. Lemieux (SBN 167367) lem@darlaw.com
David A. Ring (SBN 190011) rin@darlaw.com
**DEMLER, ARMSTRONG & ROWLAND**
4500 E. Pacific Coast Highway, Fourth Floor
Long Beach, CA 90804
Tel: 562-391-2488
Fax: 562-494-3958

Attorneys for Defendants
Union Fidelity Insurance Company, Employers Reassurance Corporation, General Electric Company and Wells Fargo Insurance, Inc.
(erroneously sued herein as "Wells Fargo")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| ALICIA SALAZAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNION FIDELITY INSURANCE COMPANY, WELLS FARGO, EMPLOYERS REASSURANCE CORP., GENERAL ELECTRIC COMPANY, and DOES 1 through 150, inclusive,<br><br>　　　　Defendants. | Case No. 2:11-CV-00495-KJM-GGH<br><br>Judge:　　Kimberly J. Mueller<br>Courtroom: 3<br><br>**STIPULATION AND ORDER RE DISMISSAL OF CERTAIN CAUSES OF ACTION AND CLAIMS FROM COMPLAINT** |

　　　　The parties, having met and conferred through their counsel on the issues raised in defendants' pending motion to dismiss, hereby stipulate as follows:

　　　　1.　　Defendants Employers Reassurance Corporation and General Electric Company are dismissed from this action without prejudice;

　　　　2.　　The Complaint's first cause of action for breach of contract and second cause of action for breach of the implied covenant of good faith and fair dealing are dismissed without prejudice;

　　　　3.　　The Complaint's punitive ("exemplary") damages claim (Prayer, 8:24) is dismissed without prejudice;

4. The Complaint's attorneys' fees claim (Complaint, ¶¶ 42, 43 and Prayer, 9:1) is dismissed without prejudice;

5. The claim for disgorgement of profits in paragraph 41 of the Complaint is dismissed without prejudice;

6. The claims for consequential and emotional distress damages in the Complaint's third cause of action for "Unfair Business Practice" (Complaint, ¶¶ 43, 44) are dismissed without prejudice.

The parties further stipulate that, if the Court signs the proposed order submitted with this stipulation (the "order"), defendants' pending motion to dismiss shall be taken off calendar, and the remaining defendants, Union Fidelity Insurance Company and Wells Fargo Insurance, Inc. (erroneously sued and served herein as "Wells Fargo"), shall answer the Complaint within 14 days after the Court signs the order.

Should plaintiff wish to bring any of these dismissed items back into this case, a noticed motion for leave to amend must be made in accordance with the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED**

Dated: March ___, 2011       DEMLER, ARMSTRONG & ROWLAND, LLP

By:   /s/   James P. Lemieux
      James P. Lemieux
      David A. Ring
Attorneys for Defendants
Union Fidelity Insurance Co., Employers Reassurance Corporation, General Electric Company and Wells Fargo Insurance, Inc. (erroneously sued herein as "Wells Fargo")

Dated: March __, 2011        HELLER & HIBBERT, LLP

By:   /s/   Steven M. Heller
      Steven M. Heller
Attorneys for Plaintiff Alicia Salazar

## ORDER

Having considered the foregoing stipulation, and good cause appearing therefor, the Court hereby orders as follows:

1. Defendants Employers Reassurance Corporation and General Electric Company are dismissed from this action without prejudice;

2. The Complaint's first cause of action for breach of contract and second cause of action for breach of the implied covenant of good faith and fair dealing are dismissed without prejudice;

3. The Complaint's punitive ("exemplary") damages claim (Prayer, 8:24) is dismissed without prejudice;

4. The Complaint's attorneys' fees claim (Complaint, ¶¶ 42, 43 and Prayer, 9:1) is dismissed without prejudice;

5. The claim for disgorgement of profits in paragraph 41 of the Complaint is dismissed without prejudice;

6. The claims for consequential and emotional distress damages in the Complaint's third cause of action for "Unfair Business Practice" (Complaint, ¶¶ 43, 44) are dismissed without prejudice.

Further, defendants' pending motion to dismiss, currently set for hearing on April 27, 2011, is hereby taken off calendar, and the remaining defendants, Union Fidelity Insurance Company and Wells Fargo Insurance, Inc., shall answer the Complaint within 14 days hereafter. Should plaintiff wish to bring any of the dismissed items back into this case, a noticed motion for leave to amend must be made in accordance with the Federal Rules of Civil Procedure.

The Court's order to show cause filed on March 31, 2011 (ECF 11) is hereby DISCHARGED.

**IT IS SO ORDERED**

Date: April 21, 2011.

UNITED STATES DISTRICT JUDGE